■ Alon Barash, Appellant, v Steven Baharestani et al., Respondents. [28 NYS3d 300]—Order, Supreme Court, New York County (Manuel J. Mendez, J.), entered October 28, 2014, which granted defendants' pre-answer motion to dismiss the complaint for failure to state a cause of action, unanimously affirmed, with costs.

Even when considering plaintiff's affidavit, which may be

considered to remedy pleading defects (*see Leon v Martinez*, 84 NY2d 83, 88 [1994]), plaintiff's own allegations establish that he was a licensed real estate salesperson, not a licensed broker. Therefore, he is barred from demanding compensation for services he rendered in connection with the individual defendant's purchase of an apartment (*see* Real Property Law § 442-a). Concur—Friedman, J.P., Sweeny, Saxe, Richter and Kahn, JJ.